STATE v. MOORE

No. 130 PC.

Case below: 8 N.C. App. 603.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 11 September 1970.


STEWART v. CHECK CORP.

No. 4 PC.

Case below: 9 N.C. App. 172.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 October 1970.


TAYLOR v. WRIGHT

No. 139 PC.

Case below: 9 N.C. App. 267.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 11 September 1970.


WISE v. ISENHOUR

No. 9 PC.

Case below: 9 N.C. App. 237.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.